**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MERITAGE HOSPITALITY GROUP INC., *et al.*,[1] | ) | Case No. 26-02947 (JWB) |
| Debtors. | ) | (Jointly Administered) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES AND <u>(II) GRANTING RELATED RELIEF</u>**

Upon the motion (the "<u>Motion</u>")[2] of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>"), for entry of an order pursuant to Bankruptcy Rule 1015(b) and the Bankruptcy Local Rules, directing the joint administration of the Chapter 11 Cases for procedural purposes only, as more fully described in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and opportunity for a hearing on the Motion having been given; and a hearing have been held on September 22, 2026; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC; (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Motion.

interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The above-referenced cases are jointly administered for procedural purposes only and shall be jointly administered by the Court under the case number assigned to Meritage Hospitality Group Inc., Case No. 26-02947 (JWB). All of the jointly administered cases are assigned to Judge James W. Boyd.

2. Additionally, one disclosure statement and plan of reorganization may be filed for all cases by any plan proponent, and parties may request joint hearings on matters pending in any of the jointly administered cases.

3. The caption of the jointly administered chapter 11 cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MERITAGE HOSPITALITY GROUP INC., *et al.*,[1] | ) | Case No. 26-02947 (JWB) |
| Debtors. | ) | (Jointly Administered) |

4. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors' chapter 11 cases to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and the applicable Local Bankruptcy Rules of the United

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC; (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

States Bankruptcy Court for the Western District of Michigan directing joint administration for procedural purposes of the chapter 11 cases of each of the following: Meritage Hospitality Group Inc., Case No. 26-02947, MHG Food Service, Inc., Case No. 26-02948, OCM Development, LLC, Case No. 26-02961, Wen Carolinas, LLC, Case No. 26-02953, Wen Georgia, LLC, Case No. 26-02958, Wen Ohio, LLC, Case No. 26-02952, Wen Oklahoma, LLC, Case No. 26-02957, Wen South, LLC, Case No. 26-02954, Wen Tennessee, LLC, Case No. 26-02949, Wen Virginia, LLC, Case No. 26-02960, WM Limited Partnership-1998, Case No. 26-02959, RES Management, LLC, Case No. 26-02951, Inspired By Opportunity, LLC, Case No. 26-02950, Uncommon Hospitality, LLC, Case No. 26-02956, Chicken Ventures, LLC, Case No. 26-02962. **All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 26-02947.**

5. Notwithstanding the foregoing, all claims against a specific debtor entity shall be filed in the applicable case.

6. The requirement of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n) for the inclusion of the Debtors' full tax identification numbers in the captions for the Debtors' filings with the Court and notices sent to creditors is waived.

7. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Western District of Michigan shall keep one consolidated docket and one consolidated service list for the Chapter 11 Cases.

8. Any party in interest may request joint hearings on matters pending in any of the Chapter 11 Cases.

9. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

10. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion under the circumstances and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

11. The Debtors are authorized to take all such actions as are necessary or appropriate to implement the terms of this Order.

12. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**END OF ORDER**

*Order prepared and submitted by:*

**MCDONALD HOPKINS LLC**
Scott N. Opincar
Michael J. Kaczka
Maria G. Carr (admitted *pro hac vice*)
600 Superior Ave. East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Email: sopincar@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com

*Proposed Counsel for the Debtors*
*and Debtors in Possession*

**IT IS SO ORDERED.**

**Dated September 23, 2026**

James W. Boyd
United States Bankruptcy Judge